**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**TIMOTHY L. HOELLER,**
      **Plaintiff,**

    v.                                              **Case No. 14-C-1430**

**SOCIAL SECURITY ADMINISTRATION**
      **Defendant.**

---

## ORDER

Pro se plaintiff Timothy Hoeller has filed an action against the Social Security Administration under the Freedom of Information Act ("FOIA"). Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Under § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit, and upon review the court is satisfied that he meets the poverty requirements of § 1915. Plaintiff receives social security disability benefits of $1950/month, which is largely subsumed by monthly expenses. Additionally, plaintiff has stated the nature of his claim and asserted his belief that he is entitled to redress.

**THEREFORE, IT IS ORDERED** that plaintiff's request to proceed in forma pauperis (R. 2) is **GRANTED**.

**IT IS ADDITIONALLY ORDERED**, pursuant to Fed. R. Civ. P. 4(c)(3), that the U.S.

Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, and this order upon defendant.

Plaintiff is advised to provide defendant or its counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 1st day of December, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge